R & R 6.1-001

04-20362

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. CIV-ALTONAGA

MAGISTRATE JUDGE BANDSTRA

R & R COSMETICS L.L.C., :

Plaintiff, :

v. :

PIERRE ASCAR LATOUCHE, (an individual), RENO DOURA (an individual), CRAIG DOURA (an individual), D & L COSMETICS INC. (a corporation) and ONE GLOBE INC. (a corporation), :

Defendants. :

FILED 04 FEB 17 PM 12:03 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FL - MIAMI

**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, COUNTERFEITING AND REQUEST FOR TRIAL BY JURY**

R & R Cosmetics, L.L.C., plaintiff, in the above styled cause, sues defendants, PIERRE ASCAR LATOUCHE, (an individual), RENO DOURA, (an individual), CRAIG DOURA, (an individual), D & L COSMETICS INC. (a corporation) and ONE GLOBE INC. (a corporation).

Plaintiff, R & R COSMETICS, L.L.C., by its attorney, and for its Complaint against defendants, alleges as follows:

**JURISDICTION**

1) Plaintiff's claims, as more fully stated below, arise under the trademark laws of the United States, 15 U.S.C. 1114 and 1125(a), and under the laws of unfair competition.

2) Jurisdiction is vested in this Court under 28 U.S.C. 1331, 28 U.S.C. 1332, and 28 U.S.C. 1338(a) and (b), and proper venue exists under 28 U.S.C. Section 1391.

**THE PARTIES**

3) Plaintiff R & R Cosmetics, L.L.C., is a limited liability company of New Jersey, having a place of business at 900 Passaic Avenue, Building 62, East Newark, New Jersey 07029. Plaintiff is engaged in the cosmetics business as a manufacturer and distributor of cosmetic products.

4) Defendant, Pierre Ascar LaTouche (also known as Jean Pierre), is an individual residing in Miami, Florida, at the last known address of 1253 N. W. 49th Drive, Coral Spring, Florida 33076, and who does business in Miami, Florida relating to cosmetics (hereinafter defendant Pierre La Touche). Defendant, Pierre LaTouche has committed acts of trademark infringement, trade name infringement and counterfeiting in this district and elsewhere.

5) Defendant, Reno Doura, is an individual residing in Miami, Florida, and who does business in Miami, Florida relating to cosmetics located at 6500 N. E. 4th Avenue, Miami, Florida. Defendant Doura has committed acts of trademark infringement, trade name infringement and counterfeiting in this district and elsewhere.

6) Defendant, D & L Cosmetics Inc., on information and belief, is a corporation of Florida, having a principal place of business at 6500 N. E. 4th Avenue, Miami, Florida 33138. Defendant, D & L Cosmetics Inc., has committed acts of trademark infringement, trade name infringement and counterfeiting in this district and elsewhere. On information and belief, defendant Pierre LaTouche and defendant Doura are owners of D & L Cosmetics, and control and participate in the infringing activities alleged in this Complaint.

7) Defendant One Globe Inc., on information and belief, is a corporation of Florida, having a principal place of business at 380 N. E. 67th Street, Miami, Florida 33138. Defendant One Globe Inc., has committed acts of trademark infringement, trade name infringement and counterfeiting in this district and elsewhere.

8) Defendant, Craig Doura, is an individual residing in Miami, Florida, and who does business in Miami, Florida relating to cosmetics located at 380 N. E. 67th Street, Miami, Florida 33138. Defendant Doura has committed acts of trademark infringement, trade name infringement and counterfeiting in this district and elsewhere.

**BACKGROUND FACTS**

9) Musthafa E. Kamal, the President of R&R Cosmetics, and Eranhikkal M. Hannef, an officer of R & R, purchased all the stock of and assets of A.K. Cosmetics Inc., which was owned by Pierre Ascar LaTouche and Keith Smith. The assets purchased included the trademarks of A.K. Cosmetics which included the following trademarks used on cosmetic products: RINJU, RINJU BEAUTÉ RÉELLE, and PIERRE LATOUCHE.

10) In the stock purchase agreement, Pierre Ascar LaTouche agreed that he transferred all rights to the trademark PIERRE LATOUCHE, and that he would not in the future use this trademark on cosmetic products. Keith Smith also signed a trademark assignment transferring all rights to the trademark registration for RINJU to R & R Cosmetics, Inc. (Trademark Registration No. 2,202,886).

11) Musthafa E. Kamal, the President of R & R Cosmetics, and Eranhikkal M. Haneef dissolved A.K. Cosmetics Inc. and formed R & R Cosmetics Inc. R & R Cosmetics currently owns all rights to the trademarks RINJU, RINJU BEAUTÉ REELE and PIERRE LATOUCHE and to the trade name R & R COSMETICS.

**Infringement**

12) The Defendants Pierre Ascar LaTouche (PLT), Reno Doura, Craig Doura, D & L Cosmetics Inc. (owned by Defendants Pierre Ascar LaTouche and Reno Doura) are infringing R & R Cosmetics' trademarks and trade name by duplicating exactly and counterfeiting R & R's cosmetic bottles, which includes:

a) copying the trade name R & R COSMETICS on Defendants' cosmetic bottles;

b) copying the trademarks RINJU, RINJU BEAUTÉ REELE, and PIERRE LATOUCHE on Defendants' cosmetic bottles;

c) copying the "look" of R & R's bottles which includes copying the art work, typeface, wording, text and UPC Code so that Defendants cosmetic bottles look identical to Plaintiff's cosmetic bottles so that the infringing bottles can be intermixed with Plaintiff's cosmetic bottles to confuse the public and to confuse R & R's customers.

13) Defendant One Globe is one of Plaintiff R & R's largest customers in southern Florida. One Globe used to buy twelve pallets at a time of R & R's products, but recently they bought only four. One Globe is intermixing and selling R & R's legitimate cosmetic bottles with Defendants' counterfeit infringing cosmetic bottles so that the public and R & R's customers are confused and cannot discern that counterfeit bottles are mixed in with legitimate R & R cosmetic bottles.

14) Photographs of R & R's legitimate cosmetic bottles having the trademarks RINJU, RINJU BEAUTÉ RÉELLE, and PIERRE LATOUCHE, and having the trade name R & R Cosmetics as the distributor are attached to the Kamal Declaration. Photographs of Defendants' counterfeit cosmetic bottles having the identical trademarks, the identical trade name R & R Cosmetics, and identical art work, text, type face and UPC Code, are attached to the Kamal Declaration..

**<u>The Screen Printer</u>**

15) The screen printer of the infringing and counterfeit cosmetic bottles is Magic Printing Corp. located at 1130 N. W. 159th Drive, Miami, Florida 33169. Plaintiff visited this location on February 12, 2004 and took photographs of boxes containing the infringing

bottles. On February 12, 2004, Magic Print had approximately 30 cartons of infringing Pierre LaTouche Cosmetic bottles, each carton containing approximately 189 bottles, for a total of 5,670 infringing and counterfeit bottles. In addition, on February 12, 2004, Magic Print had approximately 170 cartons of infringing RINJU BEAUTÉ RÉELLE cosmetic bottles, each carton containing approximately 189 bottles, for a total of 32,130 infringing and counterfeit bottles.

16) R & R picked up from Magic Print the 200 cartons of the infringing and counterfeit printed bottles of PIERRE LATOUCHE and RINJU BEAUTÉ RÉELLE, totalling 37.800 printed bottles. R & R has these 200 cartons in their custody. An invoice from Magic Print to D & L Cosmetics shows that 92,421 infringing bottles were printed by Magic Print for the Defendants. Thus, 54,621 printed cosmetic bottles are still not accounted for.

17) Defendants ordered Magic Print to screen print 200,000 bottles of Pierre La Touche and 60,000 bottles of Rinju Beaute Reelle. At least 34,000 of these printed cosmetic bottles have been filled by the filler (see paragraph 18 below), and are in storage at Defendant One Globe's warehouse to be sold and some may have already been sold by Defendant One Globe Inc.

**The Bottle Filler**

18) The filler of the infringing and counterfeit cosmetic bottles is Defendant D & L Cosmetics Inc. owned by Defendants Reno Doura and Pierre Ascar LaTouche, located at

6500 N.E. 4th Avenue, Miami, Florida 33138.

19) Defendant D & L Cosmetics has filled at least 34,000 infringing bottles, and is presently working to fill additional bottles that have been printed.

**Irreparable Damage To Plantiff R & R Cosmetics**

20) By duplicating and counterfeiting Plaintiff's cosmetic bottles, and intermixing the counterfeit bottles with Plaintiff's legitimate cosmetic bottles, Defendants are causing irreparable harm and damage to Plaintiff R & R Cosmetics. Plaintiff R & R has no control of the quality of the cosmetics being made and sold by Defendants to Plaintiff's customers, and this can destroy Plaintiff's business, reputation and goodwill. Plaintiff's customers will buy and use Defendant's infringing and counterfeit products, not knowing that they are made by an infringer. The quality of the infringing product is inferior and this will damage R & R's business and goodwill.

21) For these reasons, Plaintiff R & R Cosmetics respectfully pleads to this Court and urgently requests that an immediate restraining order and injunction be granted ordering Defendants to immediately stop all infringing and counterfeit activities, as enumerated above, including printing and filling infringing bottles; offering for sale, selling, marketing and distributing infringing bottles; recalling all infringing bottles from customers; and turning over to R & R all infringing inventory of empty bottles not yet filled, and all infringing inventory of bottles that have been filled; and locking up Defendant D & L's filling facility to prevent further filling and selling of infringing cosmetic bottles.

22) Such relief has not been previously requested by Plaintiff R & R Cosmetics.

**CAUSES OF ACTION**
**COUNT I**
**TRADEMARK INFRINGEMENT**
**UNDER 15 U.S.C. 1114(1)**

23) Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 22 above.

24) Plaintiff owns Federal Registration No. 2,202,886 for RINJU and Plaintiff owns Federal Registration No. 2,788,206 for RINJU BEAUTÈ RÈELLE. Defendants' actions of making and selling cosmetics and related items to the public under the registered trademarks **RINJU** and **RINJU BEAUTE REELLE** in interstate commerce, without the consent of plaintiff, has caused and continues to cause confusion, mistake, and deception in the minds of the public.

25) Defendants' use of the trademarks **RINJU** and **RINJU BEAUTE REELLE** in interstate commerce has infringed plaintiff's federally-registered trademarks **RINJU and RINJU BEAUTE REELLE** in violation of Section 32(1) of the Lanham Act, 15 U.S.C. 1114(1).

26) By reason of the foregoing, plaintiff has been injured in an amount not yet fully determined, but believed to be in excess of $500,000.

27) Based on Defendants' prior knowledge of Plaintiff's registered marks, defendants' actions have been knowing, intentional, wanton, and willful, entitling plaintiff to damages, treble damages, profits, attorney's fees, and the costs of this action.

**COUNT II**
**FALSE DESIGNATION OF ORIGIN**
**UNDER 15 U.S.C. 1125(a)**

28) Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 22 above.

29) Defendants' actions of making and selling cosmetics and related items under the trademarks **RINJU, RINJU BEAUTE REELLE, and PIERRE LATOUCHE**, and the trade name **R & R COSMETICS**, in interstate commerce, without the consent of plaintiff, is a false designation of origin, and has caused and continues to cause confusion, mistake, and deception in the minds of the public.

30) Defendants' use of the trademarks **RINJU, RINJU BEAUTE REELLE,** and **PIERRE LATOUCHE**, and the trade name **R & R COSMETICS**, as a false designation of origin in interstate commerce has infringed plaintiff's trademark rights in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a).

31) By reason of the foregoing, plaintiff has been injured in an amount not yet fully determined, but believed to be in excess of $500,000.

32) Based on Defendants' prior knowledge of Plaintiff's registered marks, defendants' actions have been knowing, intentional, wanton, and willful, entitling plaintiff to money damages, treble damages, profits, attorney's fees, and the costs of this action.

**COUNT III**
**MISREPRESENTATION AS TO SOURCE**
**UNDER 15 U.S.C. 1125(a)**

33) Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 22 above.

34) Defendants' actions of making and selling cosmetics and related items under the trademarks **RINJU, RINJU BEAUTE REELLE,** and **PIERRE LATOUCHE**, and the trade name **R & R COSMETICS**, in interstate commerce, without the consent of plaintiff, is a misrepresentation as to source, and has caused and continues to cause confusion, mistake, and deception in the minds of the public.

35) Defendants' use of **RINJU, RINJU BEAUTE REELLE,** and **PIERRE LATOUCHE**, and the trade name **R & R COSMETICS**, as a misrepresentation as to source, in interstate commerce, has infringed plaintiff's trademark rights in violation of Section 43(a) of the Lanham Act, 15 U.S.C. 1125(a).

36) By reason of the foregoing, plaintiff has been injured in an amount not yet fully determined, but believed to be in excess of $500,000.

37) Defendants' actions have been knowing, intentional, wanton, and willful, entitling plaintiff to money damages, treble damages, profits, attorney's fees, and the costs of this action.

**COUNT IV**
**FLORIDA UNFAIR COMPETITION**
**UNDER §501.201**

38) Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 22 above.

39) Defendants' actions of making and selling cosmetics and related items under the trademarks **RINJU, RINJU BEAUTE REELLE,** and **PIERRE LATOUCHE**, and the trade name **R & R COSMETICS**, in interstate commerce, without the consent of plaintiff, has caused and continues to cause confusion, mistake, and deception in the minds of the public.

40) Defendants' actions constitute palming off, misappropriation and infringement of plaintiff's trademarks **RINJU, RINJU BEAUTE REELLE,** and **PIERRE LATOUCHE**, and the trade name **R & R COSMETICS**, which is actionable under the Florida law of unfair competition §501.201.

41) By reason of the foregoing, plaintiff has been injured in an amount not yet fully determined, but believed to be in excess of $500,000.

42) Defendants' actions have been knowing, intentional, wanton, and willful, entitling plaintiff to money damages, punitive damages, profits, attorney's fees, and costs of this action.

## COUNT V
## FEDERAL TRADEMARK DILUTION ACT OF 1995 UNDER 15 U.S.C. 1125(c)

43) Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 22 above.

44) Defendants' intentional actions of making and selling cosmetics and related items under the registered trademarks **RINJU** and **RINJU BEAUTE REELLE,** in interstate commerce, without the consent of plaintiff, is a dilution of plaintiff's famous trademarks, and has caused and continues to cause dilution of the distinctive quality of the marks.

45) Defendants' use of the infringing marks is willful, and defendant intends to trade on plaintiff's reputation and to cause dilution of the distinctive quality of the marks **RINJU** and **RINJU BEAUTE REELLE** in violation of Section 43(c) of the Lanham Act, 15 U.S.C. 1125(c).

46) By reason of the foregoing, plaintiff has been injured in an amount not yet fully determined, but believed to be in excess of $500,000.

47) Defendants' actions have been knowing, intentional, wanton, and willful, entitling plaintiff to money damages, treble damages, profits, attorney's fees, and the costs of this action.

## COUNT VI
## FLORIDA TRADEMARK ANTI-DILUTION
## STATUTE UNDER §495.151

48) Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 22 above.

49) Defendants' actions of making and selling cosmetics and related items to the public under the trademarks **RINJU, RINJU BEAUTE REELLE, and PIERRE LATOUCHE**, and the trade name **R & R COSMETICS,** in interstate commerce, without the consent of plaintiff, is a dilution of the distinctive trademarks **RINJU, RINJU BEAUTE REELLE, and PIERRE LATOUCHE**, and the trade name **R & R COSMETICS**, and has caused and continues to cause dilution of the marks and confusion, mistake, and deception in the minds of the public.

50) Defendants' use of **RINJU, RINJU BEAUTE REELLE, and PIERRE LATOUCHE**, and the trade name **R & R COSMETICS** is willful, and defendant intended to cause dilution of the distinctive quality of plaintiff's trademarks in violation of the Florida Anti-dilution law §495.151.

51) By reason of the foregoing, plaintiff has been injured in an amount not yet fully determined, but believed to be in excess of $500,000.

52) Defendants' actions have been knowing, intentional, wanton, and willful, entitling plaintiff to money damages, treble damages, profits, attorney's fees, and the costs of this action.

## COUNT VII
## Counterfeiting under 15 U.S.C §1117

53) Defendants' have violated the trademark counterfeiting laws under 15 U.S.C. 1117(c).

54) Plaintiff's trademarks **RINJU and RINJU BEAUTE REELLE** are federally registered trademarks and Defendant's have identiclally copied the **RINJU and RINJU BEAUTE REELLE** trademarks on their cosmetic bottles.

55) This constitutes knowing and willful counterfeiting under the statute 15 U.S.C. 1117(c) and plaintiff is entitled to all of the remedies provided by this statute.

**WHEREFORE**, plaintiff demands:

1) a preliminary and permanent injunction preventing defendants' continued infringement of plaintiff's trademarks **RINJU, RINJU BEAUTE REELLE, and PIERRE LATOUCHE**, and the trade name **R & R COSMETICS** preventing their use as a false designation of origin and preventing continued unfair competition;

2) an accounting of profits and an award of money damages resulting from defendants' infringement, false designation of origin, unfair competition, dilution and counterfeiting, and the trebling of such damages under the trademark laws, because of the knowing, intentional, willful, and wanton nature of defendants' conduct in view of the prior knowledge of defendants;

3) an award of punitive damages for intentional and willful acts of unfair competition, dilution and counterfeiting;

4) an award of interest, attorney's fees, and costs; and

5) such other and further relief as the Court deems just and equitable under the circumstances.

**REQUEST FOR JURY TRIAL**

Pursuant to F.R.C.P. 38, plaintiff hereby demands its right to a jury trial on all issues triable to a jury.

Respectfully submitted,
**R & R COSMETICS, L.L.C.**

By: ______________________
EZRA SUTTON (ES- 2189)

Local Counsel
Kirk DeLeon
DeLeon & DeLeon
4 West Flagler Street, Suite 325
Miami, FL 33130
Florida Bar No.: 957593

Trial Counsel
EZRA SUTTON, P. A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
(732)-634-3520 PH/3511 FAX
Attorneys for Plaintiff

Dated: February , 2004

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

Reg. No. 2,788,206

United States Patent and Trademark Office — Registered Dec. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# RINJU BEAUTE REELLE

R & R COSMETICS LLC. (NEW JERSEY LIMITED LIABILITY COMPANY)
900 PASSAIC AVENUE, BUILDING #62
EAST NEWARK, NJ 07029

FOR: HAND AND BODY LOTIONS; HAIR SHAMPOOS; HAIR CONDITIONERS; SKIN MOISTURIZERS; SKIN CONDITIONERS; HAIR POLISH; HAIR OIL; NAIL CARE PRODUCTS, NAMELY, NAIL CARE PREPARATIONS; SKIN CARE PRODUCTS, NAMELY, LOTIONS AND MOISTURIZERS; HAIR CARE PRODUCTS, NAMELY, SHAMPOO, STYLING GEL; NAIL POLISH; BEAUTY SOAP; PERFUME; COLOGNE; HAIR RELAXER; DEODORANT FOR PERSONAL USE; FACE CREAMS; AND SKIN CREAMS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEAUTE", APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF THE WORD "BEAUTE REELLE" IN THE MARK IS "REAL BEAUTY".

SER. NO. 76-417,604, FILED 6-6-2002.

C. DIONNE CLYBURN, EXAMINING ATTORNEY

ATTACHMENT / EXHIBIT 1

The United States of America

# CERTIFICATE OF REGISTRATION

## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

*Director of the United States Patent and Trademark Office*

UNITED STATES
PATENT AND
TRADEMARK OFFICE

AUGUST 23, 2002

PTAS

Under Secretary of Commerce For Intellectual Property and
Director of the United States Patent and Trademark Office
Washington, DC 20231
www.uspto.gov

EZRA SUTTON, P.A.
EZRA SUTTON
PLAZA 9, 900 ROUTE 9
2ND FLOOR
WOODBRIDGE, NJ 07095

[redacted]
*102136060A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 06/18/2002

REEL/FRAME: 002531/0512
NUMBER OF PAGES: 3

BRIEF: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

ASSIGNOR:
A. K. COSMETICS LIMITED

DOC DATE: 05/29/2002
CITIZENSHIP:
ENTITY: CORPORATION

ASSIGNEE:
R & R COSMETICS LLC
900 PASSAIC AVENUE
BUILDING # 62
EAST NEWARK, NEW JERSEY 07029

CITIZENSHIP:
ENTITY: LIMITED LIABILITY COMPANY

APPLICATION NUMBER: 75366207
REGISTRATION NUMBER: 2202886

FILING DATE: 10/01/1997
ISSUE DATE: 11/10/1998

MARK: RINJU
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

ATTACHMENT / EXHIBIT 2

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2004-02-13 16:22:20 ET

**Serial Number:** 75366207 Assignment Information

**Registration Number:** 2202886 Assignment Information

**Mark (words only):** RINJU

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 1998-11-10

**Filing Date:** 1997-10-01

**Transformed into a National Application:** No

**Registration Date:** 1998-11-10

**Register:** Principal

**Law Office Assigned:** TMEG Law Office 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 1998-11-16

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. A.K. Cosmetics Limited

**Address:**
A.K. Cosmetics Limited
P.O. Box 6008
North Babylon, NY 11703
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

MOISTURIZER AND SKIN CONDITIONER, NAMELY BODY AND HAND LOTION
**International Class:** 003
**First Use Date:** 1997-08-21
**First Use in Commerce Date:** 1997-08-21

**Basis:** 1(a)

---

**ADDITIONAL INFORMATION**

---

(NOT AVAILABLE)

---

**MADRID PROTOCOL INFORMATION**

---

(NOT AVAILABLE)

---

**PROSECUTION HISTORY**

---

1998-11-10 - Registered - Principal Register

1998-08-18 - Published for opposition

1998-07-17 - Notice of publication

1998-06-11 - Approved for Pub - Principal Register (Initial exam)

1998-06-03 - Examiner's amendment mailed

1998-06-03 - Previous allowance count withdrawn

1998-05-19 - Approved for Pub - Principal Register (Initial exam)

1998-05-11 - Examiner's amendment mailed

1998-05-07 - Case file assigned to examining attorney

---

**CONTACT INFORMATION**

---

**Correspondent (Owner)**
MORTON FRIEDMAN (Attorney of record)

MORTON FRIEDMAN
1101 DITMAS AVE
BROOKLYN NY 11218
United States

---

UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Feb 13 04:24:24 EST 2004*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status ***(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)***

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | PIERRE LATOUCHE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: skin moisturizers, nail care preparations, non-medicated skin care preparations, hair care preparations, perfumes, colognes, and personal deodorant. FIRST USE: 19970800. FIRST USE IN COMMERCE: 19970800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | **76417606** |
| **Filing Date** | June 6, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) R & R COSMETICS LLC LIMITED LIABILITY COMPANY NEW JERSEY 900 Passaic Avenue Building #62 East Newark NEW JERSEY 07029 |
| **Attorney of Record** | Ezra Sutton |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name in the mark does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

ATTACHMENT / EXHIBIT 3

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2004-02-13 12:32:50 ET

**Serial Number:** 76417606

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** PIERRE LATOUCHE

**Standard Character claim:** No

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2004-02-11

**Filing Date:** 2002-06-06

**The Information will be/was published in the Official Gazette on** 2004-03-23

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**Attorney Assigned:**
RAUEN JAMES A Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-02-11

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. R & R COSMETICS LLC

**Address:**
R & R COSMETICS LLC
900 Passaic Avenue Building #62
East Newark, NJ 07029
United States
**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** New Jersey

---

## GOODS AND/OR SERVICES

---

skin moisturizers, nail care preparations, non-medicated skin care preparations, hair care preparations, perfumes, colognes, and personal deodorant

**International Class:** 003
**First Use Date:** 1997-08-00
**First Use in Commerce Date:** 1997-08-00

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Name Portrait Consent:** The name in the mark does not identify a living individual.

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2004-01-21 - Approved for Pub - Principal Register (Initial exam)

2003-12-03 - Communication received from applicant

2003-12-30 - Case File in TICRS

2003-12-05 - Communication received from applicant

2003-12-05 - PAPER RECEIVED

2003-06-05 - Final refusal mailed

2003-05-01 - Communication received from applicant

2003-05-01 - PAPER RECEIVED

2003-05-21 - Communication received from applicant

2002-10-25 - Non-final action mailed

2002-10-24 - Case file assigned to examining attorney

---

## CONTACT INFORMATION

---

**Correspondent (Owner)**
Ezra Sutton (Attorney of record)

EZRA SUTTON
LAW OFFICES EZRA SUTTON, P.A.
PLAZA 9, 900 ROUTE 9
WOODBRIDGE, NEW JERSEY 07095

**Phone Number:** 732-634-3520
**Fax Number:** 732-634-3511

# ATTACHMENTS NOT SCANNED

- ☐ LEGAL SIZE DOCUMENTS
- ☐ LARGE EXHIBITS
- ☑ DOUBLE SIDED DOCUMENTS
- ☐ EXTRADITION DOCUMENTS
- ☐ BOUNDED AND/OR TABBED PURSUANT TO LOCAL RULE 5.1.A.2.(b)
- ☒ OTHER Exhibits & various

PLEASE REF

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

04-20362

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

R & R COSMETICS L.L.C.

**DEFENDANTS**

PIERRE ASCAR LaTOUCHE, RENO DOURA, CRAIG DOURA, D & L COSMETICS INC., and ONE GLOBE INC.

CIV-ALTONAGA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DADE 04 CV 20362 | CA | Bandstra

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
EZRA SUTTON, P.A., Plaza 9, 900 Route 9
Woodbridge, NJ 07095 Tel: (732) 634-3520

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE BANDSTRA

FILED BY ... D.C. 04 FEB 17 ... CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI

(d) CIRCLE COUNTY WHERE ACTION AROSE: (DADE) MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT

TORTS
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury – Med. Malpractice
☐ 365 Personal Injury – Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS – Third Party 26 USC 7609

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions
A OR B

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

TRADEMARK INFRINGEMENT AND TRADEMARK COUNTERFEITING.

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000 –
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions): **IF ANY** JUDGE ________ DOCKET NUMBER ________

DATE 2/17/04

SIGNATURE OF ATTORNEY OF RECORD
Kirk DeLeon, Esq. ~~Florida Bar No. 957593~~
Kirk DeLeon

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

$150.00 896771

AO 120 (Rev. 2/99)

| COMMISSIONER OF PATENTS & TRADEMARKS<br>2121 CRYSTAL DRIVE<br>SUITE 1100<br>ARLINGTON, VA 22201 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of Florida on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| [04cv20362.] | 2/17/04] | Southern District of Florida |

| PLAINTIFF | DEFENDANT |
|---|---|
| R&R Cosmetics, LLC | Pierre LaTouche, Renaud Doura, Craig Doura, D&L Cosmetics, Inc. And One Globe, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Final Order of Dismissal and Order denying all pending motions as moot. The Clerk shall CLOSE THIS CASE. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CLARENCE MADDOX | Lorraine Sandelin | 9/27/04 |

**Copy 1—Upon initiation of action, mail this copy to Commissioner Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner Copy 4—Case file copy**

TK